Calvin WITHERS, PFC., Appellant,

v.

ARKANSAS HIGHWAY POLICE; Arkansas Highway & Transportation Department; Captain George Coffman; Captain Don Hastings; Lieutenant Jan Weinberg, Appellees.

No. 99–4150.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 17, 2001.

Filed Jan. 23, 2001.

---

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE Circuit Judges.

PER CURIAM.

Calvin Withers appeals from the district court's[1] order granting summary judgment to defendants in this civil action in which he claimed employment discrimination and retaliation, and violation of his civil rights. Upon careful review of the record and the parties' submissions, we conclude that the district court properly granted summary judgment for the reasons explained in its order. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.